Dennis MASSIE, Appellant,

v.

ANTHONY TIMBERLANDS,
INC., Appellee.

No. 08–1885.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 4, 2009.

Filed: May 12, 2009.

---

1. The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Dennis Massie appeals the district court's[1] adverse grant of summary judgment on his personal injury claim against Anthony Timberlands, Inc., a lumber provider. After reviewing the record de novo, viewing the evidence in the light most favorable to Massie, *see Pritchett v. Cottrell, Inc.*, 512 F.3d 1057, 1062–63 (8th Cir. 2008), we conclude that summary judgment was appropriate for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.